IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HENRY C. GRANDSTAFF**                                              **PLAINTIFF**

**v.**            **CASE NO.: 4:07CV01108 -JMM-BD**

**CAROLYN OLIVER,** *et al.*                                         **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint is DISMISSED without prejudice under Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's Order of February 12, 2008.

IT IS SO ORDERED, this 15th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE