# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**HENRY C. GRANDSTAFF**                                                                                  **PLAINTIFF**

**v.**                          **CASE NO.: 4:07CV01108 -JMM-BD**

**CAROLYN OLIVER,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 15th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE